BART M. DAVIS, IDAHO STATE BAR NO. 2696
United States Attorney
NICHOLAS J. WOYCHICK, IDAHO STATE BAR NO. 3912
Assistant United States Attorney
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:    (208) 334-1414
Email: Nick.Woychick@usdoj.gov

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

GUSTAV EYLER
Director, Consumer Protection Branch

ROGER J. GURAL, GEORGIA BAR NO: 300800
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
Phone: (202) 307-0174
Email: Roger.Gural@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA GOMPERTS, an individual and AID ACCESS, GmbH,<br>　　　　Plaintiffs,<br>　　v.<br>ALEX AZAR, Secretary of Health and Human Services, *et al.*,<br>　　　　Defendants. | No. 1:19-cv-00345-DCN<br><br>**APPEARANCE OF ROGER J. GURAL AS COUNSEL FOR FEDERAL DEFENDANTS** |

PLEASE TAKE NOTICE that the Clerk of the Court is hereby requested to enter the appearance of Roger J. Gural of the United States Department of Justice as counsel of record for Federal Defendants in the above-captioned matter. Service of any papers by United States mail should be addressed to the Post Office box indicated in the signature block below.  Express deliveries, such as FedEx, should be addressed as follows:

Roger J. Gural
450 Fifth St., N.W., Suite 6400 South
Washington, D.C. 20001
(202) 307-0174

Respectfully submitted this 14th day of November, 2019.

BART M. DAVIS
United States Attorney

NICHOLAS J. WOYCHICK
Assistant United States Attorney

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

GUSTAV EYLER
Director
Consumer Protection Branch

 /s/ Roger J. Gural
ROGER J. GURAL
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

DATED: November 14, 2019

       /s/ Roger J. Gural
ROGER J. GURAL
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386