# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Motion hearing**

U.S. District Judge: David C. Nye  
Deputy Clerk: Sunny Trumbull  
Court Reporter: Anne Bowline  

Date: May 28, 2020  
Time: 9:00 – 10:04 a.m.  
Boise, Idaho

<u>GOMPERTS et al vs. AZAR et al, Case No. 1:19-cv-345-DCN</u>

Counsel for: Plaintiffs: Richard Hearn  
Defendants: Roger Gural (appearing telephonically)

The Court noted this matter is now set for hearing on the Defendants' Motion to Dismiss (dkt #4) and Plaintiffs' Motion for Preliminary Injunction/Temporary Restraining Order (dkt #16).

Argument presented to the Court by each of counsel.

Motions taken under advisement. Written decision forthcoming.