FILED

SEP 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| REBECCA GOMPERTS, Dr.; AIDACCESS, GmbH, a corporation,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary, United States Department of Health and Human Services, and his employees, agents and successors in office; et al.,<br><br>Defendants-Appellees. | No. 20-35655<br><br>D.C. No. 1:19-cv-00345-DCN<br>District of Idaho,<br>Boise<br><br>ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 10) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Jonathan Westen
Circuit Mediator

JW/Mediation